USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
JOSEPH MELENDEZ, :
:
Plaintiff, :
:
-v- :
: 1:25-cv-1425-GHW
:
METRO-NORTH COMMUTER RAILROAD, :
: ORDER
Defendant. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 26, 2025, the parties filed a proposed reference order indicating that they consent to conducting all proceedings in this action before a magistrate judge. Dkt. No. 7. The proposed order purports to be signed by counsel for both parties. *Id.* However, neither signatory has filed a notice of appearance in this case. Rule 1.4(a) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York requires attorneys to "file a notice of appearance promptly on or before the attorney's first appearance in court or filing in the case." Because the attorneys who signed on behalf of Plaintiff and Defendant have not appeared, the Court cannot act on the parties' March 26, 2025 proposed order.

Mr. Constable, who signed the proposed order on behalf of Plaintiff, and Mr. Muraidekh, who signed the proposed order on behalf of Defendant, are both directed to promptly file a notice of appearance in this case. After both counsel have done so, the Court will act on the parties' March 26, 2025 proposed order.

SO ORDERED.

Dated: March 26, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge