420 Lexington Avenue  
New York, NY 10170  
www.mta.info

Justin R. Vonashek  
President



Granted. The conference will be rescheduled.

**SO ORDERED:**

04/08/2025

HON. ROBERT W. LEHRBURGER  
UNITED STATES MAGISTRATE JUDGE

April 8, 2025

**By ECF**

Honorable Magistrate Judge Robert W. Lehrburger  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 18D  
New York, NY 10007

  *Re:*  Joseph Melendez v. Metro North Railroad Company  
      <u>File No.: 25 Civ. 1425 (RWL)</u>

Dear Magistrate Judge Lehrburger:

This office represents the Defendant in the above-mentioned matter. This office was notified today that the Court has scheduled a telephone conference for May 8, 2025. ECF No. 13.

Please accept this joint letter requesting the re-scheduling of the initial conference since I am going on vacation on May 8, 2025 and will be unable to participate by phone or Microsoft Teams. I will actually be on the plane.

After receiving consent from the Plaintiff and our discussion, the parties would like to re-schedule this first conference to either of the following dates: May 14, 15 or 20.

I apologize for this inconvenience and I hope that the Court will grant this request.

Thank you for your consideration of this request.

Haley Stein, Acting General Counsel  
Metro-North Commuter Railroad

By: *[signature]*  
Alan Muraidekh

cc: Sean Constable, Esq. (Via ECF)